# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

158711

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TUDOR INSURANCE COMPANY,
        Plaintiff/Counterdefendant/
        Cross-Defendant-Appellee,

and

CARMEN OTERO, by Guardian WANDA
RUIZ,
        Intervening Plaintiff/
        Cross-Plaintiff-Appellant,

v

PM SERVICES, INC., f/k/a ALTMAN
MANAGEMENT COMPANY,
        Defendant/Counterplaintiff/
        Cross-Plaintiff,

and

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,
        Defendant/Cross-Defendant-
        Appellee.

SC: 158711
COA: 335841
Wayne CC: 13-010270-CK

_____/

        On order of the Court, the application for leave to appeal the August 21, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



Clerk

p0522